UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WENDELL JOHNSON, | ) | Case No. CV 10-6810 CJC (AJW) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| DR. ZEPP, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report"), the objections thereto, and the Supplemental Report and Recommendation. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS SO ORDERED.

DATED: December 3, 2010

CORMAC J. CARNEY
United States District Judge